N THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER KELLEY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:21-CV-15-L-BK** |
| | § | |
| **MERRICK GARLAND, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,** | § § § § | |
| | § | |
| Defendant. | § | |

# ORDER

On August 20, 2024, The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 42) was entered, recommending that the court grant Defendant's Motion for Summary Judgment (Doc. 34), dismiss with prejudice Plaintiff's remaining claim for discrimination based on disability and failure to accommodate in violation of the Rehabilitation Act, and enter judgment in favor of Defendant. No objections to the Report were filed as of the date of this order, and the time for filing objections has expired.

Having considered the Motion for Summary Judgment, the parties' briefs, evidence, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly, the court **grants** Defendant's Motion for Summary Judgment (Doc. 34) and **dismisses with prejudice** Plaintiff's  remaining claim for discrimination based on disability and failure to accommodate in violation of the Rehabilitation Act. In accordance with Rule 58 of the Federal Rules of Civil Procedure, judgment will issue by separate document.

**It is so ordered** this 4th day of September, 2024.

_____
Sam A. Lindsay
United States District Judge